Joan C. DEBORD, Claimant–Appellant,

v.

Robert A. McDONALD, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2013–7124.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2014.

Bryan Andersen, Bergmann & Moore, LLC, of Bethesda, Maryland, argued for claimant-appellant. With him on the brief were Glenn R. Bergmann and Jonathan E. Taylor.

Sarah M. Valenti, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Scott D. Austin, Assistant Director. Of counsel on the brief were Y. Ken Lee, Deputy Assistant General Counsel, and Christa A. Shriber, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of

counsel was Michael J. Timinski, Deputy Assistant General Counsel.

DYK, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**